**Opinion issued February 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-01037-CV

_____

**SUNIL KUMAR TYAGI AND SUNNY'S PERFUME, INC., Appellants**

**V.**

**GOPE C. PAGARANI AND BNP IMPORTS, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 884326**

---

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal, stating that the parties have settled their claims. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.